# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CHARLES A. ROARK ) | Case No: 05-04036-01-CR-C-SOW |
| ) | USM No: 18245-045 |
| Date of Original Judgment: 08/09/2006 ) | |
| Date of Previous Amended Judgment: 12/18/2008 ) | STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   Ct. 6 - 130 months; Ct. 9*   months **is reduced to**   Ct. 6: 110 months, Ct. 9: 120**   .

*(Complete Parts I and II of Page 2 when motion is granted)*

*120 months, concurrent (non-drug count)

**months, concurrent (non-drug count)

Except as otherwise provided, all provisions of the judgment dated   08/08/2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   11/18/2011                           s/ NANETTE LAUGHREY
                                                              *Judge's signature*

Effective Date:                                         NANETTE LAUGHREY, United States District Judge
*(if different from order date)*                        *Printed name and title*